# Court of Appeals
# of the State of Georgia

ATLANTA,___August 02, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A0997. CAMPOS et al. v. THE STATE.**

We granted the appellants' application for interlocutory review from the order denying their motions to suppress certain evidence at trial. At the time we granted the application, we did not have the benefit of the transcript of the motion to suppress hearing or the video recording of the stop. After thorough and plenary consideration of the complete record and transcript, we have determined that the application for interlocutory appeal was improvidently granted. Accordingly, the order granting the application is hereby vacated and this appeal is therefore dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/02/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*